IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02761-BNB

KEVIN R. HERRERA,

    Applicant,

v.

SUSAN JONES – Warden Colorado State Penitentiary, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER TO STAY PROCEEDINGS

---

Applicant, Kevin R. Herrera, is a prisoner in the custody of the Colorado

Department of Corrections at the Colorado State Penitentiary at Cañon City, Colorado.

Mr. Herrera has filed *pro se* an application for a writ of habeas corpus pursuant to 28

U.S.C. § 2254. Mr. Herrera is challenging the validity of his criminal conviction in El

Paso County District Court case number 99-CR-3726.

Mr. Herrera concedes that he previously filed another application for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of the same

criminal conviction in El Paso County District Court case number 99-CR-3726. *See*

*Herrera v. Jones*, No. 08-cv-01575-ZLW (D. Colo. Oct. 8, 2008), *appeal filed*, No. 08-

1396 (10th Cir. Oct. 16, 2008). Although Mr. Herrera's prior habeas corpus action was

dismissed without prejudice, Mr. Herrera has filed a notice of appeal from the order

dismissing 08-cv-01575-ZLW and his appeal is pending in the United States Court of

Appeals for the Tenth Circuit.

In the event the court of appeals reverses the dismissal of Mr. Herrera's prior habeas corpus application, he would have two separate actions pending in this court challenging the validity of the same state court conviction. In these circumstances, the Court finds that a stay is necessary to avoid the possibility of confusion and duplicative efforts. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Therefore, the court will stay the proceedings in the instant action pending the resolution of Mr. Herrera's appeal in 08-cv-01575-ZLW. Accordingly, it is

ORDERED that the proceedings in the instant action are stayed pending resolution of Mr. Herrera's appeal of the denial of his application for writ of habeas corpus in 08-cv-01575-ZLW.

DATED January 6, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  08-cv-02761-BNB

Kevin Herrera
Prisoner No. 120879
Colorado State Penitentiary
PO Box 777 - A-5-15
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on__1/6/09_____

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk