IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02761-BNB

KEVIN R. HERRERA,

    Applicant,

v.

SUSAN JONES – Warden Colorado State Penitentiary, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 8 2009

GREGORY C. LANGHAM
CLERK

## ORDER

Applicant, Kevin R. Herrera, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado State Penitentiary at Cañon City, Colorado. Mr. Herrera initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his criminal conviction and sentence in El Paso County District Court case number 99-CR-3726. On January 6, 2009, the court entered an order staying the proceedings in this action pending resolution of Mr. Herrera's appeal from the denial of a prior habeas corpus application challenging the validity of the same state court criminal conviction. *See Herrera v. Jones*, No. 08-cv-01575-ZLW (D. Colo. Oct. 8, 2008). On March 19, 2009, the United States Court of Appeals for the Tenth Circuit entered an order denying Mr. Herrera a certificate of appealability and dismissing his appeal in 08-cv-01575-ZLW. *See Herrera v. Jones*, No. 08-1396, 2009 WL 721617 (10th Cir. Mar. 19, 2009). Therefore, the stay entered in this action will be lifted. Accordingly, it is

ORDERED that the stay imposed in this action by the court's order filed on January 6, 2009, is lifted.

DATED April 8, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02761-BNB

Kevin R. Herrera
Reg No. 120879
Colorado State Penitentiary
P.O. Box 777 - A-5-15
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/8/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk