IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02761-CMA

KEVIN R. HERRERA,

Applicant,

v.

SUSAN JONES - Warden Colorado State Penitentiary, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

**ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS**

It is hereby ORDERED that the Clerk of the Court for the District Court of El Paso County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Kevin Herrera*, El Paso County District Court, Division 6, Case No. 99CR3726, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, on or before August 23, 2010.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the El Paso County District Court, by facsimile to (719) 329-7046 and by regular mail to Clerk of the Court, El Paso County District Court, 270 South Tejon St., P.O. Box 2980, Colorado Springs, CO 80903.

DATED: July   23  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge