IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02761-CMA

KEVIN R. HERRERA,

    Applicant,

v.

SUSAN JONES, Warden, Colorado State Penitentiary, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On July 23, 2010, this Court directed the Clerk of the Court for the District Court of El Paso County, Colorado, to forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Kevin Herrera*, El Paso County District Court Case No. 99CR3726, on or before August 23, 2010. As of the date of this Order, no records have been received by the Clerk of the Court for the United States District Court for the District of Colorado.

Accordingly, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Kevin Herrera*, El Paso County District Court Case No. 99CR3726, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding

any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

>Clerk of the Court
>El Paso County District Court
>270 S. Tejon St.
>P.O. Box 2980
>Colorado Springs, CO 80901
>
>Court Services Manager
>State Court Administrator's Office
>101 W. Colfax, Suite 500
>Denver, CO  80202

DATED April 4, 2011, at Denver, Colorado.

>BY THE COURT:
>
> s/ Boyd N. Boland
>United States Magistrate Judge